UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

| | |
|---|---|
| JOSEPH NOLAN, ERIC WOOMER, CARLA COBLE, STEPHANIE LAING, POPPY CHRISMAN, <br><br> Individually and as Class Representatives, Plaintiffs, <br><br> v. <br><br> RELIANT EQUITY INVESTORS, LLC, a foreign limited liability company, et al., <br><br> Defendants. | Honorable John Preston Bailey <br> (Magistrate David J. Joel) <br><br><br><br> Civil Action No. 3:08-CV-62 |

## ORDER PRELIMINARILY APPROVING SETTLEMENT STIPULATION

This matter coming to be heard before the Court on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement Stipulation (the "Motion"), the Court finding that the proposed Settlement Stipulation is within the range of possible final approval, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The Court preliminarily approves the proposed Settlement Stipulation as fair, reasonable and adequate to the Plaintiffs, including all Class Members;

2. The Court preliminarily approves the total amount of the Settlement Fund as a fair, reasonable and adequate resolution of all of the Claims asserted in the Lawsuits;

3. The Court will hold an Allocation Hearing on _____, 20__ at _____ _.m., to consider and determine the allocation of the Settlement Fund among (a) the Plaintiffs, including the WARN Act Class, the FLSA Class, the WPCA Class and the Gladney Plaintiffs, (b) Plaintiffs' counsel for attorneys fees and costs incurred in prosecuting the Lawsuits,

including the administrative costs associated with this Settlement Stipulation, and (c) and other person or entity as the Court may order.

4.      Opening briefs (if any) regarding the allocation of the Settlement Fund shall be filed no later than 21 days before the Allocation Hearing and responsive briefs (if any) shall be filed no later than 10 days before the Allocation Hearing.

5.      Pending final determination of whether the Settlement Stipulation should be finally approved, the Parties, either directly, representatively or in any other capacity, shall not commence or prosecute any of the Released Claims set forth in Article 11 of the Settlement Stipulation.

SO ORDERED.

_____
United States District Court Judge

Dated: _____, 2010